ORIGINAL

FILED

10/31/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0575

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0575

STATE OF MONTANA,

Plaintiff and Appellee,

v.

KELLY FRANK,

Defendant and Appellant.

FILED

OCT 3 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Kelly Frank moves this Court for appointment of counsel. He states that this is a "step in the criminal case" pursuant to a 1954 decision from the United States Supreme Court. Frank provides that he filed a "Motion in the Nature of Writ of Error Coram Nobis Including Brief" in the Teton County District Court. He states that he appeals the court's decision.

Frank appeals a September 14, 2022 Order, denying his Motion, after deeming it a petition for postconviction relief, pursuant to § 46-21-102(a), MCA. There is no right to the appointment of counsel in a postconviction proceeding for relief, although a court may order the assignment of counsel under the circumstances outlined in § 46-8-104, MCA. Frank represented himself in his postconviction proceeding before the District Court. He has not demonstrated the existence of extraordinary circumstances to justify appointment of counsel, pursuant to § 46-8-104(3), MCA. Therefore,

IT IS ORDERED that Frank's Motion for Appointment of Counsel is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Kelly Frank along with a copy of this Court's Appellate Handbook.

DATED this 31ᵉᵗ day of October, 2022.

For the Court,

By _____

Chief Justice